**Office of the Standing Chapter 13 Trustee**
**5601 Executive Dr.**
**Suite 300**
**Irving, TX  75038**
**(214) 855-9200**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **IN RE:** | **Case No:  26-31379-SGJ-13** |
| **DON KURT & CRYSTAL ROBIN DUNN** | |
| **Debtors** | **Hearing Date:  09/10/2026** |

### Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation

TO:      ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Debtor's Chapter 13 Plan and Motion for Valuation will be held on **09/10/2026. Pre-hearing conferences will be held by phone and email the week of 09/10/2026.** Debtor's Counsel must initiate the pre-hearing conference by contacting the Trustee or his staff attorney **no later than 4:00 P. M.** on 09/09/2026.

Any objection to the Debtor's Plan not resolved or defaulted at the Trustee's Pre-Hearing Conference will be heard by the Court on 09/10/2026 by Webex beginning at 2:00 P. M..

You may access the Webex Hearings at the following:
**Judge Jernigan - https://us-courts.webex.com/meet/jerniga**
**Access Webex Instructions at**
**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jernigans-hearing-dates**

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN SEVEN (7) DAYS PRIOR TO THE PRE-HEARING CONFERENCE.

| | |
|---|---|
| **Debtors:** | **DON KURT DUNN & CRYSTAL ROBIN DUNN, , 2035 BROADHEAD RD, WAXAHACHIE, TX  75165** |
| **Attorney:** | **REAVES AND LEE PLLC, 4228 NORTH CENTRAL EXPRESSWAY 340, DALLAS, TX  75206** |
| **Court:** | **CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75242** |
| **Trustee:** | **TRUSTEE'S OFFICE, 5601 EXECUTIVE DR., SUITE 300, IRVING TX 75038** |

By: /s/ Thomas D. Powers
_____
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation, Page 2**
**Case # 26-31379-SGJ-13**
**DON KURT & CRYSTAL ROBIN DUNN**

## Certificate of Service

I hereby certify that a copy of the foregoing "Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation" was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

Debtors: DON KURT & CRYSTAL ROBIN DUNN, 2035 BROADHEAD RD, WAXAHACHIE, TX  75165

Attorney: REAVES AND LEE PLLC, 4228 NORTH CENTRAL EXPRESSWAY 340, DALLAS, TX  75206

Creditors: AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA  94108

AMERICAN EXPRESS, BECKET AND LEE, PO BOX 3001, MALVERN, PA  19355**

AMERICAN FIRST, JEFFERSON CAPITAL, PO BOX 772813, CHICAGO, IL  60677

AMERICAN FIRST, JEFFERSON CAPITAL, PO BOX 7999, ST CLOUD, MN  56302

ATTORNEY GENERAL OF TEXAS, 1600 PACIFIC, STE 700, DALLAS, TX  75201**

ATTORNEY GENERAL OF TEXAS, 400 S ZANG, STE 1100, DALLAS, TX  75208**

BANK DIRECT CAPITAL FINANCE, 150 NORTH FIELD DR 190, LAKE FOREST, IL  60045-2594

CAPITAL ONE, PO BOX 70886, CHARLOTTE, NC  28272-9903

CONSTABLE DARRELL HUFFMAN, 1400 MAIN STREET 240, SOUTHLAKE, TX  76092-7642

DISCOVER BANK, PO BOX 30939, SALT LAKE CITY, UT  84130-0939

EECU, PO BOX 1777, FORT WORTH, TX  76101-1777

ELLIS COUNTY, LINEBARGER GOGGAN BLAIR ET AL, 3500 MAPLE AVE, STE 800, DALLAS, TX  75219

FSTUSBK, PO BOX 9790, MOBILE, AL

GOLDMAN SACHS BANK USA, AIS INFOSOURCE LP, PO BOX 4457, HOUSTON, TX  77210-4457

INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA  19101-7317**

INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA  19101-7346**

JEFFERSON CAPITAL SYSTEM LLC, PO BOX 7999, SAINT CLOUD, MN  56302

JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 772813, CHICAGO, IL  60677-2813**

JEFFERSON CAPITAL SYSTEMS, 200 14TH AVE E, SARTELL, MN  56377-4500

LINEBARGER GOGGAN BLAIR AND SAMPSON, 3500 MAPLE AVE, SUITE 800, DALLAS, TX  75219

LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC  29602**

LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC  29603**

MERCEDES BENZ FINANCIAL SERVICES USA LLC, C/O BK SERVICING LLC, PO BOX 131265, ROSEVILLE, MN  55113**

MERCEDES-BENZ FINANCIAL SERVICES USA LLC, PO BOX 5209, CAROL STREAM, IL  60197-5209**

MERRICK BANK, RESURGENT CAPITAL SERVICES, PO BOX 10368, GREENVILLE, SC  29603-0368

MIDLAND, PO BOX 2037, WARREN, MI  48090

NAVY FEDERAL CREDIT UNION, 820 FOLLIN LN, VIENNA, VA  22180

NAVY FEDERAL CREDIT UNION, PO BOX 3000, MERRIFIELD, VA  22119-3000**

NORRED LAW, 515 E BORDER, ARLINGTON, TX  76010

PORTFOLIO RECOVERY ASSOCIATES, BY PRA RECEIVABLES MANAGEMENT, PO BOX 12914, NORFOLK, VA  23541**

PORTFOLIO RECOVERY ASSOCIATES, BY PRA RECEIVABLES MANAGEMENT, PO BOX 41067, NORFOLK, VA  23541**

QUANTUM3 GROUP LLC, PO BOX 2489, KIRKLAND, WA  98083-2489

QUANTUM3 GROUP LLC, PO BOX 788, KIRKLAND, WA  98083-0788**

RADIUS GLOBAL SOLUTIONS, 7505 METRO BLVD 400, MINNEAPOLIS, MN  55439-3010

RECEIVABLE MANAGEMENT GROUP, 2901 UNIVERSITY AVE NO 29, COLUMBUS, GA  31907

SCOLOPAX, WEINSTEIN & RILEY, 749 GATEWAY STE G601, ABILENE, TX  79602

SCOLOPAX, WEINSTEIN & RILEY, PO BOX 93024, LAS VEGAS, NV  89193-3024

SHEFFIELD FINANCIAL, PO BOX 1847, WILSON, NC  27894-1847

SIC PARVIS MAGNA LLC, C O UNDERWOOD LAW FIRM PC, 500 S TAYLOR 1200, AMARILLO, TX  79101-2464

SIC PARVIS MAGNA LLC, C O UNDERWOOD LAW FIRM PC, PO BOX 9158, AMARILLO, TX  79105-9158

SIC PARVIS MAGNA, 3505 OLSEN, STE 223, AMARILLO, TX  79109

STATE COMPTROLLER, REVENUE ACCOUNTING DIV BANKRUP, PO BOX 13528, AUSTIN, TX  78711**

TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN, TX  78711-3127**

TEXAS EMPLOYMENT COMMISSION, TEC BUILDING BANKRUPTCY, 101 E 15TH STREET, AUSTIN, TX  78778**

TEXAS HEALTH RESOURCES, BY AMERICAN INFOSOURCE AS AGENT, PO BOX 4457, HOUSTON, TX  77210-4457

TEXAS HEALTH RESOURCES, BY AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK  73118

TEXAS WORKFORCE COMMISSION, TEC BUILDING- BANKRUPTCY, 101 EAST 15TH ST, AUSTIN, TX  78778**

TRUIST BANK, ATTN CASH OPERATIONS, 900 01 01 04, 111 MILLPOINT CR, GREENVILLE, SC  29607

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation, Page 3**
**Case # 26-31379-SGJ-13**
**DON KURT & CRYSTAL ROBIN DUNN**

TRUIST BANK, PO BOX 27767, BANKRUPTCY DEPT, MAIL CODE 306-40-04-95, RICHMOND, VA  23261

UNDERWOOD LAW FIRM PC, ISABEL L GARCIA ESPARZA, JASON FENTON, 500 S TAYLOR 1200, AMARILLO, TX  79101-2464

UNDERWOOD LAW FIRM PC, PO BOX 9158, AMARILLO, TX  79105**

US BANK NA, VELOCITY COMMERCIAL CAPITAL, 2945 TOWNSGATE RD, STE 110, WESTLAKE VILLAGE, CA  91361

US BANK, ONITY MORTGAGE, PO BOX 24781, WEST PALM BEACH, FL  33416

US DEPARTMENT OF EDUCATION, CO NELNET, 121 S 13TH ST, LINCOLN, NE  68508

US DEPARTMENT OF EDUCATION, CO NELNET, PO BOX 2837, PORTLAND, OR  97208

** Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

## Indicates address was identified by the USPS National Change of Address system as undeliverable and returned to the Trustees office. Notices will no longer be delivered to this address. The debtor's attorney or pro se debtor was advised that the specific notice was undeliverable.

Dated: 07/22/2026

By: /s/ Thomas D. Powers

Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700